

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00573-CV

**IN RE** Brandon **TORRES** and Ernesto Rivera, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On August 15, 2018, relators filed a petition for writ of mandamus and a motion for emergency stay pending mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court **no later than September 7, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay is GRANTED. All proceedings in the underlying case are stayed pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on August 22, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-05-57235-CV, styled *Alissa Garcia and Jose Reynaldo Mendez Garcia v. Brandon Torres, et al.*, pending in the County Court, Jim Wells County, Texas, the Honorable Michael Ventura Garcia presiding.